# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                        : NO. 926
                                              :
APPOINTMENT TO CONTINUING    : SUPREME COURT RULES DOCKET
JUDICIAL EDUCATION BOARD OF   :
JUDGES                                    :

## ORDER

**PER CURIAM**

 **AND NOW,** this 12th day of December, 2022, the Honorable Marc F. Lovecchio (Ret.), Lycoming County, is hereby appointed as a member of the Continuing Judicial Education Board of Judges for a term of three years, commencing December 31, 2022.